Dennis Jay Warren          1-2-2017
#7729469
OSP - # D-153
2605 State St.       FILED 13 JAN '17 11:30 USDC-ORP
Salem, OR. 97310

To the Clerk of the Court;

This letter is to notify you that I have 2 Cases pending before Judge M. Mchane's Court -

Case No: 3:16-CV-02077-MC
and Case No: 3:16-CV-02158-MC

I am notifying the Court of A recent and Current Address Change -

My Previous Address Was -
Dennis Jay Warren
#7729469
DRCI
3920 East Ashwood Rd.
Madras, OR. 97741          Cont-

Since I was moved to another Oregon Prison, my current address is

Dennis Jay Warren
#7729469
OSP- D-153
2605 State St
Salem, OR. 97310.

Please take note -

Thank you,
Sincerely
Dennis J. Warren.